# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1148**
**CA 14-00378**
PRESENT: CENTRA, J.P., FAHEY, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

BRITT BIRD, PLAINTIFF-APPELLANT,

V                                    ORDER

GEICO GENERAL INSURANCE COMPANY,
DEFENDANT-RESPONDENT.
(APPEAL NO. 2.)

---

LAW OFFICES OF WAYNE C. FELLE, P.C., WILLIAMSVILLE (ELIZABETH A. BRUCE OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (LAUREN M. YANNUZZI OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered July 24, 2013.  The order denied the motion of plaintiff for leave to renew her motion for leave to amend her complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 16, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  November 14, 2014                    Frances E. Cafarell
                                               Clerk of the Court